# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# WESTERN DIVISION

Daneta Wollmann United States Magistrate Judge Presiding

| | |
|---|---|
| Courtroom Deputy - SRC | Court Reporter – FTR |
| Courtroom - RC #2 | Date: December 17, 2021 |
| U.S. Probation Officer – Nikole Miller | |

5:21-mj-182-01

| | |
|---|---|
| United States of America | Gregg Peterman |
| Plaintiff, | |
| vs. | |
| John Murray Rowe, Jr. | Alecia Fuller |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 11:00 a.m.
TIME:

11:16 a.m.   Enter <u>initial appearance</u> before the Honorable Daneta Wollmann.

The Court notes the appearance of counsel. The defendant is present in custody. The defendant informed of his rights, the allegations against him, and the maximum possible penalties.

The defendant waives the identity hearing.

The defendant requests a preliminary hearing.

The Court enters an order for temporary detention.

11:34 a.m.   Court is adjourned.