UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MURRAY ROWE JR.,<br><br>Defendant. | 5:21-MJ-00182-DW<br><br><br>ORDER FOR TEMPORARY DETENTION |

Defendant John Murray Rowe Jr. appeared before the court on Friday, December 17, 2021, for an initial appearance and arraignment on a Complaint pending in this district. Defendant appeared in person and by his counsel, the Assistant Federal Public Defender. The United States appeared by the Assistant United States Attorney. At the hearing, Defendant requested a preliminary hearing. Good cause appearing, it is hereby

ORDERED that Defendant shall be temporarily detained in the custody of the United States Marshals Service until he appears for his preliminary hearing on Thursday, December 30, 2021, at 2:00 p.m.

**Directions Regarding Detention**

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of any attorney for the Government, the person in charge of the corrections

facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 17th day of December, 2021.

BY THE COURT:

_____
DANETA WOLLMANN
United States Magistrate Judge