UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-182 |
| Plaintiff, | |
| vs. | NOTICE OF APPEARANCE |
| JOHN MURRAY ROWE, | |
| Defendant. | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

The undersigned hereby enters her appearance as counsel in this case for the Defendant, John Murray Rowe.

Dated this 20th day of December, 2021.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:


 /s/ Alecia E. Fuller
Alecia E. Fuller, Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
655 Omaha Street, Suite 100
Rapid City, SD 57701
Telephone: 605-343-5110; Facsimile: 605-343-1498
filinguser_SDND@fd.org